*Monday, July 11, 1994*

## MOTION DOCKET

**94–642, 94–643 and 94–644.** Gen. Motors Corp. v. Tracy. Board of Tax Appeals, Nos. 92–K–146, 92–K–510 and 91–K–1558. This cause is pending before the court on an appeal from the Board of Tax Appeals.

Upon consideration of appellant's motion to allow access to sealed record,

IT IS ORDERED by the court that the motion be, and hereby is, granted, effective July 8, 1994.

## MISCELLANEOUS DISMISSALS

**93–2263.** Hicks v. Consol. Rail Corp. *Clermont County,* No. CA93–03–018. This cause is pending before the court as an appeal from the Court of Appeals for Clermont County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective July 8, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–2348.** Cincinnati Bengals, Inc. v. Papania. *Hamilton County,* No. C–920272. This cause is pending before the court as a discretionary appeal. Upon consideration of a joint application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective July 8, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–883.** Byrley v. Nationwide Life Ins. Co. *Erie County,* No. E–92–41. This cause is pending before the court as a discretionary appeal and cross-appeal,

Upon consideration of appellee/cross-appellant's application for withdrawal of cross-appeal,

IT IS ORDERED by the court, effective July 8, 1994, that the application be, and hereby is, granted, and the cross-appeal is dismissed.

The discretionary appeal in this cause remains pending.

**94–1228.** In re Miamisburg Train Derailment Litigation. *Montgomery County,* Nos. CA 14014 and CA 14023. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective July 8, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.